**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-7519**

───────────

UNITED STATES OF AMERICA,

　　　　　　　　　　　　　　　　　　Plaintiff - Appellee,

　　　versus

LINDA MITCHELL PEAY,

　　　　　　　　　　　　　　　　　　Defendant - Appellant.

───────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Frank W. Bullock, Jr., District Judge. (CR-90-89-G, CR-90-109-WS)

───────────

Submitted: December 16, 1999　　　Decided: December 30, 1999

───────────

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Linda Mitchell Peay, Appellant Pro Se. Benjamin H. White, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Linda Mitchell Peay appeals the district court's order dismissing her motion for reduction of her term of imprisonment pursuant to 18 U.S.C.A. § 3582(c)(2) (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Peay's motion for appointment of counsel and affirm on the reasoning of the district court. See United States v. Peay, Nos. CR-90-89-G; CR-90-109-01-WS (M.D.N.C. Sept. 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2